**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of others similarly situated, <br><br>                 Plaintiffs, <br><br> v. <br><br> JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS LLC, and TAI MO SHAN LIMITED, <br><br>                 Defendants. | Case No. 1:26-cv-05346 <br><br> Honorable Elaine E. Bucklo <br><br><br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS LLC, AND**
**TAI MO SHAN LIMITED'S MOTIONS TO DISMISS**
**AND TO COMPEL ARBITRATION**

Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, and Tai Mo Shan Limited (the "Jump Entities"), by and through their attorneys, hereby submit their Motions to Dismiss and to Compel Arbitration pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and the Federal Arbitration Act, 9 U.S.C. § *et seq.*, in accordance with the Court's orders at Dkt. Nos. 18 and 23. In support, the Jump Entities state as follows:

1. Plaintiffs filed their Complaint on behalf of a putative class bringing four causes of action: breach of contract (Count I), conversion (Count II), unjust enrichment (Count III), and for the alleged violation of the Illinois Consumer Fraud and Deceptive Business Practices Act (Count IV). *See* Dkt. No. 1.

2. For the reasons set forth herein and in the Jump Entities' accompanying memorandum of law, declarations and exhibits in support thereof, Plaintiffs' Complaint should be

dismissed with prejudice pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, or, in the alternative, Plaintiffs should be compelled to arbitrate their claims.

WHEREFORE, Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, and Tai Mo Shan Limited respectfully request that this Court dismiss Plaintiffs' Complaint with prejudice, or, in the alternative, compel Plaintiffs to arbitrate their claims; and for such other and further relief as this Court deems appropriate.

Dated: August 3, 2026

KOBRE & KIM LLP

Respectfully Submitted,

/s/ *Jonathan D. Cogan*
Jonathan D. Cogan
Steven W. Perlstein (*pro hac vice* forthcoming)
Igor Margulyan (*pro hac vice* forthcoming)
Daisy Joo (*pro hac vice* forthcoming)
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200

jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com
igor.margulyan@kobrekim.com
daisy.joo@kobrekim.com

*Attorneys for Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, and Tai Mo Shan Limited*