**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS LLC, and TAI MO SHAN LIMITED,<br><br>Defendants. | Case No. 1:26-cv-05346<br><br>Honorable Elaine E. Bucklo |

**DECLARATION OF MATTHEW HINERFELD IN SUPPORT OF DEFENDANTS JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS LLC, AND TAI MO SHAN LIMITED'S MOTIONS TO DISMISS AND TO COMPEL ARBITRATION**

I, Matthew Hinerfeld, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am General Counsel of Defendant Jump Trading, LLC, Defendant Jump Crypto Holdings LLC, Defendant Tai Mo Shan Limited ("TMSL") and other affiliated entities that, together, make up the Jump Trading Group. I have held this role since 2017.

2. I make this declaration in support of Defendants' Motions to Dismiss and to Compel Arbitration. This declaration is based on my personal knowledge. If called as a witness, I would testify to the matters set forth herein.

3. Attached hereto as **Exhibit 1** is a copy of the Master Digital Currency Loan Agreement between TMSL and Terraform Labs Pte Ltd., and exhibit A thereto, dated November of 2019.

4. Attached hereto as **Exhibit 2** is a copy of the Master Loan Agreement between TMSL and Terraform Labs Limited, and exhibits A and B thereto, dated August of 2020.

5. Attached hereto as **Exhibit 3** is a copy of the Loan Confirmation between TMSL and Terraform Labs Limited, dated September of 2020.

6. Attached hereto as **Exhibit 4** is a copy of the Second Amended and Restated Loan Confirmation between TMSL and Terraform Labs Limited, dated July of 2021.

7. Attached as **Exhibit 5** is the New Account Agreement between TMSL and Prime Trust, LLC ("Prime Trust"), dated August 2, 2021.

8. Attached as **Exhibit 6** is the OTC Trading Agreement between TMSL and Prime Trust, dated August of 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2026.

M. Hinerfeld
Matthew Hinerfeld